*tor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Carlton Fox* for respondent.

No. 571. KOBER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Mark P. Friedlander* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for the United States.

No. 572. METROPOLIS THEATRE CO. *v.* BARKHAUSEN ET AL. C. A. 7th Cir. Certiorari denied. *Walter Bachrach, Walter H. Moses, William C. Wines* and *B. B. Fensterstock* for petitioner. *Edward Blackman, Edward R. Johnston, Louis M. Mantynband, George L. Siegel* and *Herbert A. Friedlich* for respondents.

No. 573. CHESTER & DELAWARE COUNTIES BARTENDERS, HOTEL & RESTAURANT EMPLOYEES UNION, LOCAL No. 677, A. F. L., ET AL. *v.* WILBANK ET UX. Supreme Court of Pennsylvania. Certiorari denied. *Albert Blumberg* for petitioners. *Robert F. Jackson* for respondents.

No. 595. ESTATE OF BASSETT *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Prew Savoy* and *Chauncey P. Carter* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott* and *Louise Foster* for respondent.

No. 596. PHILCO CORPORATION *v.* F. & B. MANUFACTURING CO. C. A. 7th Cir. Certiorari denied. *Edward S. Rogers, William T. Woodson* and *Beverly W. Pattishall* for petitioner. *John A. Marzall* and *Lloyd C. Root* for respondent.